**ORDERED in the Southern District of Florida on October 07, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: NCA ENTERPRISES, INC.,
Debtor. /

Case No.: 09-16603-RAM
Chapter 11

**ORDER GRANTING FORECLOSURE JUDGMENT CREDITOR/ MORTGAGEE, T.D. McRAE AND DOROTHY McRAE, RELIEF FROM THE AUTOMATIC STAY AND AN AWARD OF ATTORNEY FEES AND COSTS**

THIS MATTER came before the court at 11:00 A.M. on the 24th day of September 2009, on the Motion for Relief From Automatic Stay, For Adequate Protection, and for an Award of Reasonable Attorney Fees and Costs by Foreclosure Judgment Creditor/Mortgagee, T.D. McRae and Dorothy McRae, and the court, having heard argument of counsel for movant and debtor, and being otherwise duly advised in the premises, it is

**ORDERED** and **ADJUDGED** that:

1. The Motion for Relief From Automatic Stay, For Adequate Protection, and for an Award of Reasonable Attorney Fees and Costs by Foreclosure Judgment Creditor/Mortgagee, T.D. McRae and Dorothy McRae, is GRANTED;

2. T.D. McRae and Dorothy McRae shall have relief from the automatic stay to reset and conduct a foreclosure sale on the below described property. The stay relief granted by this order permits the reset foreclosure sale to take place and for the subsequent issuances of certificates of sale and title. However, in the event that a reset foreclosure sale is scheduled to take place, and debtor believes in good faith that a then pending contract for sale will close but for the reset foreclosure sale, this court will entertain a motion to enjoin such a sale and/or to reinstate the automatic stay, and will not require the debtor to file an adversary proceeding in order to seek such relief.

3. The property to which this order relates is vacant land located in Lee County, Florida and is legally described as:

**See attached Exhibit 'A'**

4. Pursuant to the terms of the subject note and mortgage, movant is awarded, and debtor is obligated to pay movant, reasonable attorney fees of One Thousand Five Hundred Dollars ($1,500.00) and costs One Hundred Fifty Dollars ($150.00), for a total of One Thousand Six Hundred Fifty Dollars ($1,650.00), for the prosecution of this motion.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net

THE FOLLOWING PARTIES ARE TO RECEIVE A CONFORMED COPY OF THIS ORDER: Debtor

**Attorney Schwitalla is directed to serve copies of this order on the parties listed that do not receive a copy by electronic mail and file a certificate of service.**

**Fidelity National Title**
Insurance Company

FNTIC File No: MA08-144929
Agent File No: 28-1036

**EXHIBIT 'A'**

A tract or parcel of land lying in the Southeast quarter (SE 1/4) of Section 17, Township 44 South, Range 25 East, Lee County, Florida, which tract or parcel, is described as follows:

From a nail and disc marking the Northwest corner of the Southeast quarter of Section 17, Township 44 South, Range 25 East, run Easterly along the Northerly line of the Southeast quarter (SE 1/4) of Section 17 North 88 degrees 12'15" East for 775.38 feet; thence run South 1 degrees 47'45" East for 25.00 feet to the South line of Michigan Avenue and the Point of Beginning in the herein described property. From said Point of Beginning run Easterly along the South line of Michigan Avenue North 88 degrees 12'15" East for 492.08 feet to a point of curve connecting the South side of Michigan Avenue to the Westerly side of Marsh Avenue; thence run along the arc of said curve to the right having a radius of 25 feet for an arc length of 40.96 feet to the Westerly side of Marsh Avenue; thence run along said Westerly line along the arc of a curve to the right having a radius of 500.54 feet for an arc length of 266.82 feet to a point of compound curve connecting the West side of Marsh Avenue to North side of Michigan Avenue Link as described in Official Records Book 216, at Page 883, of the Public Records of Lee County; thence run along the arc of said curve to the right having a radius of 25 feet for an arc length of 41.17 feet to the North side of Michigan Avenue Link; thence run along said North line the arc of a curve to the left having a radius of 1524.72 feet for an arc length of 467.50 feet to a point of curve connecting the North side of Michigan Avenue Link to the South side of Michigan Avenue; thence run along the arc of said curve to the right having a radius of 25 feet for an arc length of 69.28 feet to the Point of Beginning. Subject to a Florida Power and Light Company easement as described in Official Records Book 260, Page 673, of the Public Records of Lee County, Florida.